**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                                          CASE NUMBER: 8:09-BK-09218-KRM

Keenan Samuel Sugg
Catherine Lewis Sugg

_____/

**ORDER VACATING ORDER DISMISSING CONFIRMED CHAPTER 13 CASE**

This cause came on for consideration for the entry of an appropriate order in the above-styled Chapter 13 Case. The Court is informed that the Order Dismissing Confirmed Chapter 13 Case entered on October 24, 2013, was entered improvidently due to the Trustee's Office error and the Court being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that this Court's Order Dismissing Confirmed Chapter 13 Case entered on October 24, 2013, is hereby VACATED and this case is REINSTATED as an active Chapter 13 Case, and the Debtors shall maintain compliance with all previous Orders of this Court.

DONE AND ORDERED at Tampa, Florida on November 22, 2013.

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

\* All reference to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Trustee Terry E. Smith is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

TES/bmy                                                                                                           C13T 11.22.13